NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PARTNERS IMAGING CENTER OF
EAST SARASOTA, LLC, a Florida
limited liability company,

        Appellant,

v.                        Case No. 2D17-5127

GRIFFIN DEVELOPMENT, LLC, a
Florida limited liability company,

        Appellee.
_____

Opinion filed January 30, 2019.

Appeal from the Circuit Court for Sarasota
County; Lon Arend, Judge.

C. Ryan Violette of Morgan, Sanchy, &
Associates, Sarasota, for Appellant.

David A. Wallace and Amanda R. Kison of
Bentley & Bruning, P.A., Sarasota, for
Appellee.

PER CURIAM.

        Affirmed.

KELLY, KHOUZAM, and LUCAS, JJ., Concur.